1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11   JENS ERIK SORENSEN, as trustee of            Civil No.   06cv1572-BTM (CAB)
     SORENSEN RESEARCH AND
     DEVELOPMENT TRUST,
12

13                                  Plaintiff,    **ORDER FOLLOWING 3-28-07**
                                                  **DISCOVERY CONFERENCE,**
                      v.                          **GRANTING IN PART AND DENYING**
14                                                **IN PART DEFENDANT'S MOTION TO**
     THE BLACK & DECKER CORPORATION, a            **COMPEL**
15   Maryland corporation,

16                                  Defendant.

17          On March 28, 2007, the Court held a telephonic discovery conference on Defendant

18   Black & Decker Corporation's ("B&D") motion to compel further responses to discovery.

19   Michael Kaler, Esq., and Melody Kramer, Esq., appeared for Plaintiff Sorensen Research and

20   Development Trust ("Sorensen").  Dina Hays, Esq., appeared for B&D.  Having considered the

21   papers submitted by the parties and the arguments of counsel, Defendant's motion was

22   GRANTED IN PART and DENIED IN PART.

23          Defendant's request for further production of documents and things regarding the

24   structure and assets of Plaintiff Trust and the rights granted to Jens Erik Sorensen as Trustee of the

25   Trust was DENIED as not relevant to the claims and defenses of the litigation.  Plaintiff

26   represented that the documentation establishing its ownership of the patent at issue and its right to

27   sue on the patent have been produced.  Other information about the assets and structure of the

28   Plaintiff Trust are not relevant.

                                              1

1    Defendant's request for Responses to its Third Set of Requests for Admission was

2   GRANTED.  The parties stipulated to the service of an unlimited number of RFAs in this case.

3   Based on that stipulation, each party has served well in excess of the 25 RFAs permitted by the

4   Local Rules of this Court.  Plaintiff's objection based on the limits imposed by the local rule was

5   therefore overruled.

6    Defendant's request for further production of documents relating to executed license

7   agreements for the '184 patent was GRANTED IN PART.  Plaintiff was ordered to produce non-

8   attorney-client privileged documents describing the factual support for the terms of the executed

9   license agreements, specifically any documentation reflecting formulas or analysis of how the

10   license rate was determined.

11    **IT IS SO ORDERED.**

12
    DATED:  April 9, 2007
13

14   _____

    **CATHY ANN BENCIVENGO**
15   United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

06cv1572