# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION,<br><br>Defendant. | Case No. 06cv1572 BTM (CAB)<br><br>**[PROPOSED]** ORDER RE BLACK & DECKER'S *EX PARTE* APPLICATION TO BRING TECHNICAL EQUIPMENT INTO COURTROOM |

Upon consideration, Black & Decker's *Ex Parte* Application to Bring Technical Equipment into the Courtroom for the hearing on Black & Decker's motion for summary judgment on June 13, 2007, at 3:00 pm is hereby **GRANTED.** Black & Decker may bring an Elmo, projector, and two laptop computers into the Courtroom for purposes of the hearing.

IT IS SO ORDERED:

Date: May 26, 2007

_____
Honorable Barry Ted Moskowitz

- 1 -   Case No. 06cv1572 BTM (CAB)