# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>THE BLACK & DECKER CORPORATION; BLACK & DECKER, INC.; BLACK & DECKER (US), INC.; PORTER-CABLE CORPORATION; VECTOR PRODUCTS, INC. AND DOES 1 THROUGH 1000,<br><br>Defendants. | Case No. 06-cv-1572 BTM (CAB)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:<br>Time:<br>Courtroom: 15, Fifth Floor<br>Hon. Barry Ted Moskowitz |

Before the Court is Plaintiff's Motion for Leave to File Documents under Seal. Having reviewed said Motion, **IT IS HEREBY ORDERED:**

Plaintiff is permitted to file the following documents under seal:

**Declaration of J. Michael Kaler Re License Formula and Calculations as an Exhibit I to Plaintiff's Objection to Magistrate Judge's Order (Docket #120) Filed May 9, 2007**

DATED: June 20, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge

1.

Case No. 06-cv-1572 BTM CAB