| | |
|---|---|
| 1 | J. Christopher Jaczko (149317) |
|  | Allison H. Goddard (211098) |
| 2 | JACZKO GODDARD LLP |
|  | 4401 Eastgate Mall |
| 3 | San Diego, California 92121 |
|  | Phone: (858) 550-6150 |
| 4 | Fax: (858) 225-3500 |
| 5 | Raymond P. Niro, Jr. *(Pro Hac Vice)* |
|  | Dina M. Hayes *(Pro Hac Vice)* |
| 6 | Gregory P. Casimer *(Pro Hac Vice)* |
|  | Robert A. Conley *(Pro Hac Vice)* |
| 7 | NIRO, SCAVONE, HALLER & NIRO |
|  | 181 West Madison, Suite 4600 |
| 8 | Chicago, Illinois 60602-4515 |
|  | Phone: (312) 236-0733 |
| 9 | Fax: (312) 236-3137 |
| 10 | Attorneys for the Black & Decker Defendants |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff, <br><br> v. <br><br> THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., PORTER-CABLE CORPORATION, VECTOR PRODUCTS, INC., PHILLIPS PLASTICS CORPORATION, HI-TECH PLASTICS INC., B&D HOLDINGS LLC, <br><br> Defendants. | Case No. 06cv1572 BTM (CAB) <br><br> **[PROPOSED] ORDER RE BLACK & DECKER'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** <br><br> **Date: July 13, 2007** <br> **Time: 11:00 am** <br> **Courtroom 15, Fifth Floor** <br> **Hon. Barry Ted Moskowitz** |

Case No. 06cv1572 BTM (CAB)

1    Upon consideration, Defendant The Black & Decker Corporation's Motion for Leave to
2    File Documents Under Seal is hereby **GRANTED**; and
3    The Clerk of the Court shall file under seal the following documents pursuant to the
4    Protective Order entered in this case on December 12, 2006 (Docket No. 43):
5    1.    Black & Decker's *Confidential* Opposition to Plaintiff's Objections to Magistrate-
6    Judge Bencivengo's May 9, 2007 Order; and,
7    2.    *Confidential* Declaration of Raymond P. Niro, Jr. in Support of Black & Decker's
8    Opposition to Plaintiff's Objections to Magistrate-Judge Bencivengo's May 9, 2007 Order.
9    IT IS SO ORDERED:

10
11   Date: July 12, 2007                          _____
12                                                Honorable Barry Ted Moskowitz