# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> THE BLACK & DECKER CORPORATION; BLACK & DECKER, INC.; BLACK & DECKER (US), INC.; PORTER-CABLE CORPORATION; VECTOR PRODUCTS, INC. AND DOES 1 THROUGH 1000, <br><br> Defendants. | Case No. 06-cv-1572 BTM (CAB) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** <br><br> Date: <br> Time: <br> Courtroom: 15, Fifth Floor <br> Hon. Barry Ted Moskowitz |

Before the Court is Plaintiff's Motion for Leave to File Documents under Seal. Having reviewed said Motion, **IT IS HEREBY ORDERED:**

Plaintiff is permitted to file the following documents under seal:

**PLAINTIFF'S *CONFIDENTIAL* REPLY TO BLACK & DECKER'S OPPOSITION TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE BENCIVENGO'S MAY 9, 2007 ORDER**

DATED: July 12, 2007

*/s/ Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge