J. Christopher Jaczko (149317)
Allison H. Goddard (211098)
JACZKO GODDARD LLP
4401 Eastgate Mall
San Diego, California 92121
Phone: (858) 550-6150
Fax: (858) 225-3500

Raymond P. Niro, Jr. *(Pro Hac Vice)*
Dina M. Hayes *(Pro Hac Vice)*
Gregory P. Casimer *(Pro Hac Vice)*
Robert A. Conley *(Pro Hac Vice)*
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137

Attorneys for the Black & Decker Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., PORTER-CABLE CORPORATION, VECTOR PRODUCTS, INC., PHILLIPS PLASTICS CORPORATION, HI-TECH PLASTICS INC. and B&D HOLDINGS LLC,<br><br>Defendants. | Case No. 06cv1572 BTM (CAB)<br><br>**BLACK & DECKER'S MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 20, 2007 ORDER RE BIFURCATION**<br><br>**Date:   August 27, 2007**<br>**Time:  11:00 a.m.**<br>**Courtroom 15, Fifth Floor**<br>**Hon. Barry Ted Moskowitz** |

**I.      INTRODUCTION**

On June 20, 2007, the Court indicated that it will need to determine the issue of "willful infringement" as a predicate to deciding the equitable defenses of laches and estoppel (Order at p. 2). During the scheduling of the proposed December 17, 2007 laches/estoppel trial, it was

not appreciated that the parties would need to waive their right to a jury trial on the issue of willfulness in order for the Court to conduct that trial. The Court instructed in its June 20 Order that: "If any party feels that the Court's determination of the willfulness issue presents a problem for any jury trial proceedings that would take place subsequently, they may make an appropriate motion to the Court to reconsider the decision to bifurcate the equitable portion of the trial within 30 days of entry of this order" (Id.).

After careful consideration, The Black & Decker Defendants, The Black & Decker Corporation, Black & Decker Inc., Black & Decker (U.S.) Inc., individually and d/b/a Porter-Cable Corporation, Vector Products, Inc. and B&D Holdings LLC (collectively "Black & Decker"), have respectfully decided *not* to waive their jury demand on the issue of willfulness. Therefore, in light of the Court's view that a determination of the willfulness issue must occur before deciding Black & Decker's equitable defenses, Black & Decker respectfully submits that the equitable bench trial should now await the jury findings on the issues of validity, infringement and willfulness.

**II.     WILLFUL INFRINGEMENT IS AN ISSUE FOR THE JURY**

Absent sufficient basis for summary judgment or JMOL on the question of willful infringement, a party "has the right of a jury determination of this factual question." Richardson v. Suzuki Motor, 868 F.2d 1226, 1250 (Fed. Cir. 1989). The Federal Circuit has held that "willfulness of behavior is a classical jury question of intent" and that "when trial is had to a jury, the [willfulness] issue should be decided by the jury." Id.; Liquid Dynamics Corp. v. Vaughan Co., 449 F.3d 1209, 1225 (Fed. Cir. 2006). Black & Decker properly requested a jury trial under the Seventh Amendment for all issues so triable (see Answer to Amended Complaint, Docket No. 82).

### III. BLACK & DECKER HAS ELECTED NOT TO WAIVE ITS RIGHT TO A JURY TRIAL ON WILLFULNESS

Although a party can voluntarily waive its right to a jury trial on willfulness, Transmatic, Inc. v. Gulton, 53 F.3d 1270, 1278 (Fed. Cir. 1995), Black & Decker has respectfully decided not to waive such rights in this case, and Black & Decker objects to conducting a bench trial on willfulness in accordance with United States v. Cal Mobile Home Park Mgmt. Co., 107 F.3d 1374, 1380 (9th Cir. 1997).  Therefore, the Court's determination of willfulness at a bifurcated proceeding on laches and estoppel would not be appropriate and could lead to inconsistent results.

### IV. CONCLUSION

Given the Court's desire to resolve the question of willfulness as part of its decision of Black & Decker's equitable defenses, Black & Decker submits that reconsideration of the December 17, 2007 bench trial is appropriate.  Black & Decker's jury demand requires willfulness to be decided by the jury, so the equitable bench trial will now necessarily have to follow the jury trial.  Accordingly, bifurcation of laches and estoppel prior to the jury trial is no longer feasible under the circumstances.

Dated:  July 20, 2007              Respectfully submitted,

                                                  /s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
Dina M. Hayes
Gregory P. Casimer
Robert A. Conley
NIRO, SCAVONE, HALLER & NIRO

J. Christopher Jaczko (149317)
Allison H. Goddard (211098)
JACZKO GODDARD LLP

*Attorneys for the Black & Decker Defendants*

# PROOF OF SERVICE

I hereby certify that on July 20, 2007, I caused the foregoing **BLACK & DECKER'S MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 20, 2007 ORDER** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| *Attorneys for Plaintiff* | *Attorneys for Defendants Hi-Tech and Phillips* |
|---|---|
| J. Michael Kaler (158296)<br>KALER LAW OFFICES<br>9930 Mesa Rim Road, Suite 200<br>San Diego, California 92121<br>Phone: (858) 362-3151<br>Fax: (858) 824-9073<br>michael@kalerlaw.com | Kenneth S. Klein (129172)<br>FOLEY & LARDNER LLP<br>402 West Broadway, Suite 2100<br>San Diego, California 92101<br>Phone: (619) 234-6655<br>Fax: (619) 234-3510<br>kklein@foley.com |
| Melody A. Kramer (169984)<br>KRAMER LAW OFFICE<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, California 92121<br>Phone: (858) 362-3150<br>Fax: (858) 824-9073<br>mak@kramerlawip.com | Robert L. Binder<br>FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Phone: (414) 271-2400<br>Fax (414).297-4900<br>rbinder@foley.com |
| Patricia Shackelford (218647)<br>9930 Mesa Rim Road, Suite 450<br>San Diego, California 92121<br>Phone: (858) 362-3150<br>Fax: (858) 824-9073<br>pashackelford@yahoo.com | Richard L. Schwaab<br>Pavan K. Agarwal<br>C. Edward Polk, Jr.<br>Foley & Lardner LLP<br>3000 K Street, N.W., Suite 500<br>Washington, DC 20007<br>(202) 945-6162<br>Fax: (202) 672-5399<br>rschwaab@foley.com; pagarwal@foley.com; epolk@foley.com |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Raymond P. Niro, Jr.<br>
Attorney for the Black & Decker Defendants