IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>                          Plaintiff,<br><br>    v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., PORTER-CABLE CORPORATION, VECTOR PRODUCTS, INC., PHILLIPS PLASTICS CORPORATION, HI-TECH PLASTICS INC. and B&D HOLDINGS LLC,<br><br>                          Defendants. | Case No. 06cv1572 BTM (CAB)<br><br>**ORDER GRANTING JOINT MOTION FOR LIMITED EXCEPTION TO STAY TO SUBSTITUTE COUNSEL PERMITTED ACCESS TO CONFIDENTIAL INFORMATION PURSUANT TO PARAGRAPH 3 OF THE PROTECTIVE ORDER** |

1

2   Upon consideration, the parties' Joint Motion for Limited Exception to Stay to Substitute

3 Counsel Permitted Access to Confidential Information Pursuant to Paragraph 3 of the Protective

4 Order [Doc. #298], is hereby GRANTED.

5   Paragraph 3 of the Protective Order [Doc. #43] shall be amended to substitute Mr. Adan

6 Ayala for Mr. Charles Yocum as in-house counsel for Black & Decker.

7   IT IS SO ORDERED:

8

DATED: November 3, 2008

9

10                                   *[signature: Barry Ted Moskowitz]*

11

12                                   Honorable Barry Ted Moskowitz

                                     United States District Judge
13

14

15

16

17

18

19

20

21

22

23

- 1 -                Case No. 06cv1572 BTM (CAB)